IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| R.R.M.C., <br><br> *Plaintiff*, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, et al., <br><br> *Defendants*. | Civil Action No. 23-CV-7946 (JGLC) |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO PROCEED USING INITIALS**

Plaintiff's motion to proceed using his initials is GRANTED.

**IT IS SO ORDERED.**

Dated: October 27, 2023
New York, NY

*Jessica Clarke*
_____
JESSICA G. L. CLARKE
United States District Judge

1