

**THE
LEGAL AID
SOCIETY**
**CIVIL**

The Legal Aid Society
Immigration Law Unit
49 Thomas Street, 5th Floor
New York, NY 10013
T (212) 577-3300
www.legal-aid.org

**Direct Dial:** (646)574-2761
**Direct Fax:** (646)616-9479
**E-mail:**       kebarron@legal-aid.org

Alan Levine
*President*

Twyla Carter
*Attorney-in-Chief*
*Chief Executive Officer*

Adriene L. Holder
*Chief Attorney*
Civil Practice

Deborah Lee
*Attorney-in-Charge*
Immigration Law Unit

## MEMO ENDORSED

November 16, 2023

<u>**VIA ECF**</u>

The Honorable Jessica G. L. Clarke
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 20C
New York, NY 10007

> **Re:** ***R.R.M.C. v. DHS, et al.*, 23-cv-7946 (JGLC)**
> **Letter motion for Fed. R. Civ. P. 5.2(c) limitations on remote access to electronic files**

Dear Judge Clarke,

This office represents the Plaintiff R.R.M.C. in the above-referenced matter. We write to respectfully request that this case be restricted from remote electronic public access pursuant to Fed. R. Civ. P. 5.2(c). Defendants' counsel does not oppose this motion.

Under Rule 5.2(c), only parties may have remote electronic access to files and records for cases that involve certain immigration matters which relate to, *inter alia*, an order of removal, relief from removal, and immigration detention. Because this case involves a claim that the Plaintiff was unlawfully removed without an administratively final removal order, limitation on remote electronic access under Rule 5.2(c) is appropriate. Furthermore, this case may implicate issues related to Plaintiff's detention and relief from removal, therefore providing additional bases to apply the limitations under Rule 5.2(c).

We thank the Court for its attention to this matter.

November 16, 2023
Page 2

Respectfully submitted,

*/s/ Kyle Barron*
Kyle Barron
Attorney for Petitioner
Legal Aid Society
49 Thomas Street, 5th Floor
New York, NY  10013
(646) 574-2761

Application GRANTED. The Clerk of Court is directed to restrict remote electronic public access.

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge

Dated: November 20, 2023
        New York, New York