UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
R.R.M.C.,

                                    Plaintiff,

            -against-

U.S. DEPARTMENT OF HOMELAND SECURITY,
et al.,

                                 Defendants.
------------------------------------------------------------------X

**23-CV-7946 (JGLC)**

**ORDER SCHEDULING SETTLEMENT CONFERENCE**

**VALERIE FIGUEREDO, United States Magistrate Judge**

      The settlement conference in this matter is rescheduled for **September 18, 2024, at 2:00 p.m.** in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to prepare pre-conference submissions in accordance with the Judge Figueredo's Standing Order Applicable to Settlement Conferences (located at https://www.nysd.uscourts.gov/hon-valerie-figueredo). Pre-conference submissions must be received by the Court no later than **September 11, 2024.**

      **SO ORDERED.**

DATED:    New York, New York
                May 30, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge