UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
R.R.M.C.,

                                  Plaintiff,                          **23-CV-7946 (JGLC)**

        -against-                                        **ORDER RESCHEDULING**
                                                                           **SETTLEMENT**
U.S. DEPARTMENT OF HOMELAND SECURITY,           **CONFERENCE**
et al.,

                                Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

      The settlement conference in this matter is rescheduled for **September 18, 2024, at 10:00 a.m.** in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend the settlement conference, accompanied by that party's attorney, and corporate parties must send a representative with decision making authority to settle the matter to the conference.

      Defendant must respond to Plaintiff's previous demand, prior to the conference. The parties are instructed to prepare pre-conference submissions in accordance with the Judge Figueredo's Standing Order Applicable to Settlement Conferences (located at https://www.nysd.uscourts.gov/hon-valerie-figueredo). Pre-conference submissions must be received by the Court no later than **September 11, 2024.**

      **September 11, 2024.**

      **SO ORDERED.**

DATED:    New York, New York
                August 27, 2024

                                                                               _____
                                                                               VALERIE FIGUEREDO
                                                                               United States Magistrate Judge