UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
R.R.M.C.,

                              Plaintiff,                          **23-CV-7946 (JGLC)**

           -against-                           **ORDER RESCHEDULING SETTLEMENT CONFERENCE**

U.S. DEPARTMENT OF HOMELAND SECURITY,
et al.,

                              Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

The settlement conference in this matter is rescheduled for **Monday, December 16, 2024, at 10:00 a.m.** in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend the settlement conference, accompanied by that party's attorney, and corporate parties must send a representative with decision making authority to settle the matter to the conference.

Defendant must respond to Plaintiff's previous demand prior to the conference. The parties are instructed to prepare pre-conference submissions in accordance with the Judge Figueredo's Standing Order Applicable to Settlement Conferences (located at https://www.nysd.uscourts.gov/hon-valerie-figueredo). Pre-conference submissions must be received by the Court no later than **Monday, December 9, 2024.**

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 41.

    **SO ORDERED.**

DATED:    New York, New York
                September 11, 2024

                                                                       _____
                                                                       VALERIE FIGUEREDO
                                                                       United States Magistrate Judge