UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
R.R.M.C.,

                       Plaintiff,

        -against-

U.S. DEPARTMENT OF HOMELAND SECURITY,
et al.,

                       Defendants.
------------------------------------------------------------------X

**23-CV-7946 (JGLC)**

**ORDER ADJOURNING SETTLEMENT CONFERENCE**

**VALERIE FIGUEREDO, United States Magistrate Judge**

      As the parties have reached a settlement in principle, the settlement conference in this matter currently scheduled for December 16, 2024, is hereby adjourned. The parties are directed to file a stipulation of dismissal or, in the alternative, a joint update as to the status of settlement discussions on or before **Friday, January 24, 2025**.

      The Clerk of Court is respectfully directed to terminate the motion at ECF No. 43.

      **SO ORDERED.**

DATED:    New York, New York
               December 10, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge