UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| R.R.M.C.,<br><br>                Plaintiff,<br><br>-against-<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>                Defendants. | 23-CV-7946 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

    The Court has reviewed Plaintiff's motion to enforce the Court's Stipulation and Order. ECF No. 48. The Government is directed to respond no later than December 8, 2025.

Dated: November 25, 2025
       New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge