UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| R.R.M.C.,<br><br>                    Plaintiff,<br><br>          -against-<br><br>U.S. DEPARTMENT OF HOMELAND<br>SECURITY, et al.,<br><br>                    Defendants. | 23-CV-7946 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

In light of the parties' ongoing settlement discussions, the Court denies Plaintiff's motion

to enforce the settlement without prejudice to renew if and when settlement discussions are

unsuccessful. The Clerk of Court is respectfully directed to terminate ECF No. 48.

Dated: March 30, 2026
          New York, New York

                                        SO ORDERED.

                                        _Jessica Clarke_

                                        JESSICA G. L. CLARKE
                                        United States District Judge